(87 South. 629)

**MOTE v. STATE.** (7 Div. 165.)

(Supreme Court of Alabama.   Dec 2, 1920.)

Certiorari to Court of Appeals.

Petition by Charlie Mote for writ of certiorari to the Court of Appeals to review its judgment (17 Ala. App. 526, 87 South. 628) affirming judgment of conviction of petitioner. Writ denied.

Hugh Walker, of Anniston, for appellant.
J. Q. Smith, Atty. Gen., for the State.

GARDNER, J.   Petition of Charlie Mote for certiorari to the Court of Appeals to review and revise the judgment of said court on the appeal of Charlie Mote v. State, 17 Ala. App. 526, 87 South. 628.

Writ denied.